THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

**CRIMINAL CASE NO. 2:11cr15**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| LEONARD MOORE, JR. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 12].

Pursuant to Federal Rule of Criminal Procedure 48(a), the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Bill of Indictment [Doc. 1] filed on August 2, 2011 is hereby **DISMISSED** without prejudice.

Signed: November 23, 2011

Martin Reidinger
United States District Judge